#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF OHIO
#### EASTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER TREGO,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Case No. C2-07-1308 |
| | : | |
| **GERMAIN FORD OF** | : | JUDGE ALGENON L. MARBLEY |
| **COLUMBUS LLC, et al.,** | : | |
| | : | Magistrate Judge Abel |
| **Defendants.** | : | |

### OPINION AND ORDER

This matter comes before the Court on Defendant Germain Ford of Columbus LLC's Motion to Dismiss. On February 20, 2008, Defendant filed its Motion to Dismiss addressed to Plaintiff's complaint. On September 4, 2008, this Court granted Plaintiff leave to file her amended complaint, which Plaintiff filed on that date (nos. 40, 41). Based on that filing, Defendant Germain Ford of Columbus LLC's Motion to Dismiss addressed to Plaintiff's original complaint (nos. 15, 16) is mooted.[1] If, upon reviewing the amended complaint, Defendants believe that a motion to dismiss is appropriate they may file one addressed to the amended complaint now before the Court. Any such motion to dismiss is to be filed within thirty (30) days of this Order. Any replies to Defendants' motion shall be filed within the time limitations set forth in S. D. Ohio Civ. R. 7.2(a)(2).

---

[1] The Court notes that the two docket entries for Defendant's Motion to Dismiss represent a single motion to dismiss that was docketed twice due to a typographic error.

**IT IS SO ORDERED.**

       **s/Algenon L. Marbley**
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 11, 2008